UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

MILKI TURI GEZALI,
Petitioner,
v.
JEREMY CASEY, et al.,
Respondents.

Case No.: 26-CV-1632 JLS (BLM)

**ORDER REQUIRING BOND HEARING TRANSCRIPT**

Presently before the Court is Petitioner Milki Turi Gezali's Motion to Enforce Judgment (ECF No. 16) and Respondents' Response in Opposition (ECF No. 18). After reviewing the Parties' briefing, the Court requires the transcript from the April 9, 2026, bond hearing before Immigration Judge Stuart Zander. Respondents **SHALL** submit the bond hearing transcript by October 7, 2026.

**IT IS SO ORDERED.**

Dated: October 1, 2026

Janis L. Sammartino
Hon. Janis L. Sammartino
United States District Judge